### 12140. HUTCHINS *v.* THE STATE.

LUKE, J. This case is here for review upon the sole assignment of error that the evidence does not authorize the verdict. The evidence is abundant to show the guilt of the defendant of the crime with which he was charged. It was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 13, 1921.

Indictment for obtaining money by personating another; from Bibb superior court — Judge Mathews. January 3, 1921.

*John R. Cooper, W. C. Cooper Jr.,* for plaintiff in error.

*Charles E. Garrett, solicitor-general,* contra.